IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

RODERICK BO JACKSON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV414-250
)
TIMOTHY RUFFINI, Assistant )
District Attorney; AL ST. )
LAWRENCE, Sherriff; and KEVIN )
JOSEPH GROGAN, Detective; )
)
    Defendants. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which objections have been filed (Doc. 6). In his report and recommendation, the Magistrate Judge recommends that the case be dismissed for lack of prosecution due to Plaintiff's failure to complete and return the appropriate Prison Litigation Reform Act ("PLRA") paperwork. (Doc. 4 at 1.) However, Plaintiff states in his objections that he attempted to complete the paperwork, but the forms provided by the Court were lost by prison personnel. (Doc. 6 at 1.) Plaintiff now requests that the Court resend the forms necessary for him to proceed in this case.

After careful consideration, the Court **GRANTS** Plaintiff's request. Accordingly, the Court **DEFERS** ruling

on the report and recommendation. The Clerk of Court is **ORDERED** to resend to Plaintiff the PLRA paperwork outlined in the Magistrate Judge's November 20, 2014 order. (Doc. 3.) Plaintiff shall have **thirty days** to complete and return the necessary forms. Failure to comply with this order by **June 20, 2015** shall result in the dismissal of Plaintiff's case without prejudice.

SO ORDERED this 11th day of May 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA