FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 10 PM 3:58
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| RODERICK BO JACKSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. CV414-250 |
| TIMOTHY RUFFINI (A.D.A.), SHERIFF Al ST. LAWRENCE, and KEVIN JOSEPH GROGAN, | ) |
| Defendants. | ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 10), to which no objections have been filed. The Court notes that in addition to suing his prosecutor, who is immune from suit based on his actions in handling the state's case, Jackson also sued Sheriff Al St. Lawrence, who is also immune from suit, Townsend v. Coffee Cnty., Ga., 854 F. Supp. 2d 1345, 1352 (S.D. Ga. 2011)(finding deputy immune from § 1983 claims), and Kevin Joseph Grogan, a former investigator with the Savannah Chatham Metro Police. Nevertheless, the Court agrees with the Report and Recommendation that 42 U.S.C. § 1983 cannot be used to "dismiss" a state criminal case that has culminated in a conviction. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion with the

addendum that Mr. Lawrence and Mr. Grogan are also named by the Plaintiff as Defendants. As a result, this case is hereby **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10TH day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA